IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
            Plaintiff,             :
                                   :
      v.                           :        Civil Action Number 17-1416-RGA
                                   :
$44,000,000 IN UNITED STATES       :
CURRENCY,                          :
                                   :
            Defendant *in rem.*    :

## JUDGMENT AND DECREE OF FORFEITURE

AND NOW TO WIT this __17__ day of __January__, 2018, the Court having directed the entry of judgment in this case in favor of the United States and against the Defendant *in rem*;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be and hereby is entered in favor of the United States and against Defendant *in rem*.

IT IS FURTHER ORDERED that all right, title, and interest in said property is forever foreclosed and barred.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation (or a designee) dispose of said property in the manner provided for upon forfeiture of personalty under applicable law.

Richard G. Andrews

~~Deputy Clerk,~~ U.S. District Court
Judge